Matter of Sidney S. **LEVINE**.

No. 24029.

United States Court of Appeals
Second Circuit.

March 9, 1956.

Sidney S. Levine, in pro. per.

PER CURIAM.

Motion for a stay denied and order appealed from affirmed on the opinion of District Judge Kaufman, 149 F.Supp. 642.

**SOUTHEASTERN MOTOR TRUCK LINES**, Inc., Appellant,

v.

**William SHARP** et al.

No. 15636.

United States Court of Appeals
Eighth Circuit.

Jan. 2, 1957.

John H. Lashly, St. Louis, Mo., for appellant.

Kenneth A. Green, Mattoon, Ill., for appellees.

PER CURIAM.

Appeal from District Court dismissed at appellant's costs, on stipulation of parties.